# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

March 17, 2025

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED** in part and **DENIED** in part. The pretrial conference scheduled for March 26, 2025, is **adjourned** to **April 22 at 3:30pm**. The materials described at Dkt. 6 shall be filed by **April 15, 2025**. Defendant's deadline to respond to the complaint is **extended** to **April 17, 2025**. No further extensions absent extraordinary circumstances.

Date:   March 18, 2025
        New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   *Knowles v. Battlbox, LLC*
      Case No.: 1:24-cv-9733

Dear Judge Schofield,

The undersigned represents Carlton Knowles, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Battlbox, LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for March 26, 2025, at 4:20 PM (Dkt. 8) be adjourned for 30 days because Counsel for Defendant was recently retained and needs time to review this matter and consult with their Client. We also respectfully request that the time for the Defendant to move or otherwise respond to the Complaint be extended until April 17, 2025. This is the Plaintiff's second request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

cc: via-email
Daniel B. Snipes, PO Box 327, Statesboro, GA 30459, 912-764-9055
dsnipes@statesborolawgroup.com