# Duane Morris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

GERALD L. MAATMAN, JR.
PARTNER
DIRECT DIAL: +1 312 499 6710
PERSONAL FAX: +1 312 279 6780
E-MAIL: GMaatman@duanemorris.com

www.duanemorris.com

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

April 16, 2025

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Knowles v. Battlbox, LLC*
     Case No. 1:24-CV-9733 (LGS) (OTW)

> The in-person conference scheduled for May 27, 2025, is adjourned to **June 10, 2025, at 3:30 pm**. The conference will be held telephonically. To join the conference, the parties shall call (855) 244-8681 and enter the access code 23111938649. So Ordered.
>
> Dated: April 17, 2025
>     New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

 We represent Defendant BattlBox, LLC ("Defendant") in the above-referenced matter. We submit this joint letter-motion on behalf of Defendant and, with consent of counsel, on behalf of Plaintiff Carlton Knowles ("Plaintiff") (collectively, with Defendant, the "Parties"), to respectfully request an adjournment of the initial pretrial conference ("IPC"), currently scheduled for May 27, 2025, at 3:30 pm. Unfortunately, due to previously scheduled international travel, counsel for Defendant is unavailable to attend the IPC in-person between May 27, 2025 and June 3, 2025. The Parties have conferred and are available between June 4, 2025 and June 6, 2025 to attend the IPC.

 Additionally, counsel for Plaintiff respectfully requests that the Court convert the in-person IPC to a remote IPC due to Plaintiff's counsel's physical limitations resulting from counsel's disability, which makes counsel's physical appearance for the IPC extremely challenging.

 This is the Parties' first joint request to adjourn the IPC.

 We thank the Court for its attention to this adjournment request.

DUANE MORRIS LLP

1540 BROADWAY     PHONE: +1 212 692 1000   FAX: +1 212 692 1020
NEW YORK, NY  10036-4086

DuaneMorris

Hon. Lorna G. Schofield
April 16, 2025
Page 2

                                                                                Respectfully submitted,

                                                                                DUANE MORRIS LLP

                                                                                Gerald L. Maatman, Jr.

GLM

cc:  All Counsel of Record (via ECF)